1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RICH FORSYTH, STEVE HOLLIDAY and KEVIN SHEA, Individuals, | Case No.:  SACV14-01251-JVS (KESx) |
|---|---|
| Plaintiff, | Complaint Filed: July 21, 2014<br>FAC Filed: September 15, 2014 |
| v. | **JUDGMENT RE DEFENDANT CITY OF BUENA PARK'S MOTION FOR SUMMARY JUDGMENT** |
| CITY OF BUENA PARK; CITY OF BUENA PARK POLICE DEPARTMENT; and DOES1 - 50, Inclusive, | [Filed Concurrently with Defendant's Notice of Motion and Motion for Summary Judgment Re: Plaintiff Rich Forsyth; Separate Statement of Uncontroverted Facts and Conclusions of Law; Appendix of Evidentiary Support; and Supporting Declarations] |
| Defendants. | Date:          October 5, 2015<br>Time:          1:30 p.m.<br>Courtroom:  10C |
| | Trial Date:          December 8, 2015<br>Final Pretrial Conf.:  November 16, 2015<br>Discovery Cut-Off:   August 24, 2015 |

///

///

///

///

///

///

      After consideration of the papers in support of and in opposition to Defendant City of Buena Park's Motion for Summary Judgment, and the oral argument of counsel, this Court orders summary judgment in favor of the City and against Plaintiff Rich Forsyth.

IT IS SO ORDERED.

Dated: October 16, 2015

_____
Honorable JAMES V. SELNA
United States District Court Judge