JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICH FORSYTH, STEVE HOLLIDAY and KEVIN SHEA, Individuals,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BUENA PARK; CITY OF BUENA PARK POLICE DEPARTMENT; and DOES 1 - 50, Inclusive,<br><br>Defendants. | Case No.: SACV14-01251-JVS (KESx)<br><br>Complaint Filed: July 21, 2014<br>FAC Filed: September 15, 2014<br><br>**JUDGMENT RE DEFENDANT CITY OF BUENA PARK'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Defendant's Notice of Motion and Motion for Summary Judgment Re: Plaintiff Kevin Shea; Separate Statement of Uncontroverted Facts and Conclusions of Law; Appendix of Evidentiary Support; and Supporting Declarations]<br><br>Date:  October 5, 2015<br>Time:  1:30 p.m.<br>Courtroom:  10C<br><br>Trial Date:  December 8, 2015<br>Final Pretrial Conf.:  November 16, 2015<br>Discovery Cut-Off:  August 24, 2015 |

///

///

///

///

///

1  After consideration of the papers in support of and in opposition to
2  Defendant City of Buena Park's Motion for Summary Judgment, and the oral
3  argument of counsel, this Court orders summary judgment in favor of the City and
4  against Plaintiff Kevin Shea.

6  IT IS SO ORDERED.

8  Dated:  October 16, 2015

   _____
   Honorable JAMES V. SELNA
   United States District Court Judge