Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
Jennifer M. Rosner, Bar No. 227676
jrosner@lcwlegal.com
Sarah R. Lustig, Bar No. 255737
slustig@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone: 310.981.2000
Facsimile: 310.337.0837

Attorneys for Defendants CITY OF BUENA PARK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RICH FORSYTH, STEVE HOLLIDAY and KEVIN SHEA, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BUENA PARK; CITY OF BUENA PARK POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: SACV14-01251-JVS (KESx)<br><br>Complaint Filed: July 21, 2014<br>FAC Filed: September 15, 2014<br><br>**JUDGMENT AGAINST PLAINTIFFS RICH FORSYTH, STEVE HOLLIDAY AND KEVIN SHEA** |
|---|---|

4437861.1 BU010-037

[Proposed] Judgment

This action came on for hearing before the Court on October 7, 2015, the Honorable James V. Selena, District Judge presiding, on three separate Motions for Summary Judgment against Plaintiffs Rich Forsyth, Steve Holliday and Kevin Shea ("Plaintiffs").  Pursuant to the Court's October 8, 2015 Order granting Defendant City of Buena Park's Motions for Summary Judgment in their entirety against Plaintiffs, judgment is hereby entered in favor of Defendant and against Plaintiffs as follows:

1. Plaintiffs Rich Forsyth, Steve Holliday and Kevin Shea take nothing by way of their complaint;
2. The action be dismissed on the merits;
3. Defendant City of Buena Park, as the prevailing party, shall recover its costs from Plaintiffs in the amount of $ _____.

Dated: October 29, 2015   _____
                          Honorable James V. Selena
                          United States District Court Judge