# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 14-1251 JVS (RNBx) |
| Date | April 4, 2018 |
| Title | Rich Forsyth, et al v. City of Buena Park, et al, |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (In Chambers)   **Order to Show Cause re Dismissal**

The Court was notified on February 27, 2018 that the above referenced matter had been settled and the Court vacated the trial date of February 28, 2018. As of todays date, the Court has not received any dismissal papers in this action.

The Court ORDERS all counsel to appear on Monday, April 16, 2018 at 11:00 a.m. to SHOW CAUSE (OSC) why this action should not be dismissed for failure to prosecute.

If counsel have filed the required dismissal or Notice of Settlement documents prior to the hearing the OSC will be vacated and no appearance will be required.

: 00

Initials of Preparer   kjt